**AUTO METER PRODUCTS, INC., Appellant,**

v.

**INTERNATIONAL TRADE COMMISSION,**
Appellee.

**No. 05–1305.**

United States Court of Appeals, Federal Circuit.

April 14, 2006.

Before SCHALL, Circuit Judge, CLEVENGER, Senior Circuit Judge, and GAJARSA, Circuit Judge.

**6**

*Judgment*

Judgment

PER CURIAM.

*This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:*

AFFIRMED. *See* Fed. Cir. R. 36.